This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**YOUR CREDIT, INC.,**

Plaintiff-Appellee,

v.                                                                                   **NO. 34,606**

**KATHLEEN MACGREGOR,**

Defendant-Appellant.


**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**James Lawrence Sanchez, District Judge**

Barnett Law Firm
Jennifer Rodriguez Rodgers
Albuquerque, NM

for Appellee


Kathleen S. MacGregor
Albuquerque, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VIGIL, Chief Judge.**

{1}    Appellant Kathleen MacGregor (Borrower) raises a number of issues relating to the central challenge that the district court erred in ruling that Appellee Your Credit, Inc. (Lender) is entitled to judgment in its favor based Borrower's loan default. [RP 46] Our notice proposed to reverse; Borrower filed a memorandum in support, and Lender filed no response.

{2}    For the reasons detailed in our notice, we reverse the judgment against Borrower, and remand to the district court with instructions that Lender, as restitution, be required to reimburse Borrower all the money she paid Lender minus the principal plus a 15 percent default interest rate. *See B & B Investment Group*, 2014-NMSC-024, ¶¶ 46-51, 329 P.3d 658 (requiring the defendants to refund all money collected by the defendants on their signature loans in excess of 15 percent of the loan principal as restitution for their unconscionable trade practices).

{3}    **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Chief Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

2

_____

**J. MILES HANISEE, Judge**

3